# UNITED STATES DISTRICT COURT
for the

Middle District of North Carolina

| | |
|---|---|
| United States of America<br>v.<br>AARON SCOTT BATTLE<br>Date of Original Judgment: December 3, 1999<br>Amended: July 12, 2011(Crack Retro) | ) <br> ) <br> ) Case No: 1:98CR322-3<br> ) USM No: 20070-057<br> ) <br> ) <br> ) _Defendant's Attorney_ |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED. ☒ GRANTED and the defendant's previously imposed sentence of imprisonment _(as reflected in the last judgment issued)_ of 235 months is reduced to 188 months.

_(Complete Parts I and II of Page 2 when motion is granted)_

Except as otherwise provided, all provisions of the judgment dated December 3, 1999, and July 12, 2011 (Crack Retro) shall remain in effect.

**IT IS SO ORDERED.**

Order Date: 9/17/15

Effective Date: 11/2/2015
_(if different from order date)_

_Judge's signature_

N. Carlton Tilley, Jr., Senior United States District Judge
Printed name and title