IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:98CR322-3 |
| | ) | |
| AARON SCOTT BATTLE | ) | |

ORDER

Mr. Battle has filed a pro se motion requesting early termination of his supervised release [Doc. #333]. Having considered the motion, the responses of the United States Probation Office and the United States Attorney, and finding that Mr. Battle has met the requirement for early termination of supervised release, as set forth in 18 U.S.C. § 3583(e)(1), IT IS THEREFORE ORDERED that Mr. Battle's motion [Doc. #333] is GRANTED.

This the 15th day of January, 2020.

/s/ N. Carlton Tilley, Jr.
Senior United States District Judge